IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACK A. TRAVIS,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-836-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

JUN 2 4 2013
Date