IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACK A. TRAVIS,                          )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )   CIVIL ACTION NO. 3:12-CV-00836-WMC
                                         )
CAROLYN W. COLVIN, [1]                   )
Commissioner of                          )
Social Security,                         )
                                         )
                    Defendant.           )
                                         )

ORDER

AND NOW, this **27th** day of _August_, 2013, having considered Plaintiff's

Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is

awarded attorney fees under the Equal Access to Justice Act in the amount of $6,336.00.  Subject

to any offset under the Treasury Offset Program, payment of this award shall be made via the

Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset

and an assignment is provided to SSA, the award shall be paid directly to the order of David F.

Chermol, Esquire.

---

[1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14,
2013.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin
should be substituted, therefore, for Michael J. Astrue as Defendant in this suit.  No further
action need be taken to continue this suit by reason of the last sentence of 42 U.S.C. § 405(g).

It is also hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $828.00.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of DALEY DEBOFSKY & BRYANT.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Frederick J. Daley, Esquire.

BY THE COURT: