IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACK A. TRAVIS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-836-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jack A. Travis against defendant Carolyn W. Colvin awarding David F. Chermol attorney fees under the Equal Access to Justice Act in the amount of $6,336.00.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jack A. Travis against defendant Carolyn W. Colvin awarding Frederick J. Daley attorney fees under the Equal Access to Justice Act in the amount of $828.00.

_____       8/28/13
Peter Oppeneer, Clerk of Court                Date